| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Returned Mail Notice, In re: , Case Number: 26-01001, KKS, Ref: [p-249785976] |
| **Date:** | Friday, March 13, 2026 4:36:22 PM |
| **Attachments:** | R_P12601001oriso0018.PDF |

**CAUTION - EXTERNAL:**

<u>Notice of Returned Mail to Court - Adversary Proceeding</u>

March 13, 2026

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: Jeremy Hales, Plaintiff
        Lynette Michelle Lacey Alexis Preston, Defendant
        Adv. Proc. No. 26-01001 KKS

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.


Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Lynette Michelle Lacey Alexis Preston
151 North Otter Creek Avenue
Otter Creek, FL 32683


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.