**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:

LYNETTE MICHELLE LACEY
  ALEXIS PRESTON,                                      Case No. 25-10173-KKS

      Debtor.                                         Chapter 7

_____/

JEREMY HALES,

      Plaintiff

vs.                                                    Adv. No. 26-01001-KKS

LYNETTE MICHELLE LACEY
  ALEXIS PRESTON,

      Defendant

_____/

**<u>NOTICE OF FILING</u>**

COMES NOW JEREMY HALES ("HALES" or "Plaintiff"), by and through undersigned counsel, and files the attached envelope which contained the Complaint and Summons in this adversary proceeding addressed to Debtor marked "Return to Sender, Unable to Forward" whereby Plaintiff served Defendant pursuant to Bankruptcy Rule 7004.

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
BROCK & SCOTT, PLLC
4919 Memorial Hwy., Suite 135
Tampa, FL  33634
813-836-7648
954-618-6954 (fax)
Dennis.LeVine@brockandscott.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S.

mail, first-class postage prepaid, to:

Lynette Michelle Lacey Alexi Preston
151 North Otter Creek Avenue
Otter Creek, FL 32683

Jerome Ramsaran, Esq.
Jerome Ramsaran, P.A.
1200 Brickell Ave, Ste 1950
Miami, FL 33131

Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317

Date: 3/30/2026

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
BROCK & SCOTT, PLLC
4919 Memorial Hwy., Suite 135
Tampa, FL  33634
813-836-7648
954-618-6954 (fax)
Dennis.LeVine@brockandscott.com

FIRST-CLASS

ZIP 33634
02 7H
0006240991

Dennis LeVine, Esq.
Brock and Scott, PLLC
4919 Memorial Highway, Ste 135
Tampa, FL 33634

-R-T-S-   326835101-1N          03/23/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Lynette Michelle Lacey Alexis Preston
151 North Otter Creek Avenue
Otter Creek, FL 32683